**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Janell Moreau and Jeffery Leviner, Defendants,

Of whom Janell Moreau is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000928

———————

Appeal From Greenville County
Jessica Ann Salvini, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-144
Submitted March 17, 2022 – Filed March 18, 2022

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, of The Rucker Law Firm, LLC, of Greenville, for Appellant.

Matthew P. Head, of Head Law Firm, LLC, of Greenville, as the Guardian ad Litem for Appellant.

Amanda Stiles, of South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem for the children.

---

**PER CURIAM:**  Janell Moreau appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Moreau's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.